Benjamin Todres, Appellant, v. Morris Kolinsky, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J., dissents and votes to reverse and grant judgment for plaintiff.

Cecelia Schiffer, as Administratrix, etc., of Louis Schiffer, Deceased, Appellant, v. Union Railway Company of New York City, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Joseph Teitelbaum, Respondent, v. Celia F. Dender, Appellant, Impleaded with Paul Horvath and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of William C. Connelly and Others, Respondents, against Foster Wheeler Corporation, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of William C. Connelly and Others, Respondents, against Foster Wheeler Corporation, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Henry Louis Bardet, Jr., and Another, for a Construction of the Will of Mary Elizabeth Piggott, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Dominick Di Stanislao, Respondent, v. Edward S. Psaty and Others, Defendants, Impleaded with J. P. Duffy Company, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch P. J., Martin, O'Malley, Townley and Glennon, JJ.

Lottie Carlberg, Respondent, v. Park Avenue Coffee Shop, Inc., Appellant. — Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch P. J., Martin, O'Malley, Townley and Glennon, JJ.

Frances Braun, Respondent, v. Masturm Realty Corporation and Others, Defendants, Impleaded with Issud Realty Corporation and Others, Appellants. — Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

The People of the State of New York ex rel. Arthur D. Kinney, Respondent, v. John Sheehy, Sheriff of New York County, Respondent. (National Surety Company Appellant.) — Order entered December 16, 1932, reversed and motion granted; order entered October 20, 1932, reversed, the writ dismissed and the relator remanded to custody. (See People ex rel. McCullough v. Sheriff of Kings County, 254 N. Y. 527, and Townsend v. Whitney, 75 id. 425.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of William Harman Black, a Justice of the Supreme Court of the State of New York for the First Judicial District, Appellant, against John P. O'Brien, as Mayor of the City of New York, and Others, Respondents.— Appeal transferred to the Third Department of this court for hearing